**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CHARLES T. WYSINGER, | ) |
| Petitioner, | ) |
| v. | ) No. 4:21-CV-1372 PLC |
| MICHELE BUCKNER, | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

Petitioner moves for leave to proceed in forma pauperis. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for leave to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of December, 2021